1  KEVIN V. RYAN, SBN 118321
United States Attorney
2  JOANN M. SWANSON, SBN 88143
Assistant United States Attorney
3  Chief, Civil Division
SARA WINSLOW, DCBN 457643
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6     Telephone: (415) 436-7260
Facsimile:  (415) 436-7169
7
Attorneys for Defendant
8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11               SAN FRANCISCO DIVISION

12  DONALD TURPIN,                    )
                                      )
13            Plaintiff,              )  CIVIL NO.  04-01871 PJH
                                      )
14            v.                      )  STIPULATION AND ORDER
                                      )  APPROVING COMPROMISE
15  JO ANNE B. BARNHART,              )  SETTLEMENT OF ATTORNEY
    Commissioner of Social Security,  )  FEES PURSUANT TO THE EQUAL
16                                    )  ACCESS TO JUSTICE ACT
              Defendant.              )
17  _____   )

18        The plaintiff's attorney having met the criteria of L.R. 54-5, by meeting and conferring with

19  defendant, IT IS HEREBY STIPULATED by and between the parties through their undersigned

20  counsel, subject to approval by the Court, that plaintiff's attorney receive the following payment:

21        1.  Defendant shall pay FOUR THOUSAND DOLLARS ($4,000.00), pursuant to the Equal

22  Access to Justice Act (EAJA), for attorney fees incurred in this court action. [1]  The check is to be

23  payable to plaintiff's counsel:

24                          HARVEY P. SACKETT
                               P.O. BOX 5025
25                        SAN JOSE, CA 95150-5025
                        (408) 295-7755;  FAX:  7444
26
          2.  This is a settlement of plaintiff's request for attorney fees pursuant to EAJA, and does not
27
    constitute an admission of liability or fault on the part of defendant under the Equal Access to Justice
28
    Act.

    _____

    1/.  This amount includes costs.

1       3.  Payment of the FOUR THOUSAND DOLLARS ($4,000.00), EAJA fees incurred in this

2   court action, will constitute a complete release from and bar to any and all claims, rights, causes of

3   action, liens or subrogated interests relating to attorney fees pursuant to the EAJA as a result of this

4   court action.

5

6

7

8   Dated: May 31, 2005                          /s/
                                        HARVEY P. SACKETT
                                        Attorney for Plaintiff
9

10                                      KEVIN V. RYAN
                                        United States Attorney
11

12

13

14  Dated: July 11, 2005           By:      /s/
                                        SARA WINSLOW
                                        Assistant United States Attorney
15

16  PURSUANT TO STIPULATION, IT IS SO ORDERED:

17

18

19

20  Dated:  10/19/05
                                        _____
21                                      PHYLLIS J. HAMILTON
                                        United States District Judge
22

23

24

25

26

27

28

TURPIN,  EAJA STIP (jnc)
C 04-01871 PJH                              2